(85 South. 927)

PEARSON v. STATE. (7 Div. 617.) (Court of Appeals of Alabama. Feb. 3, 1920.) Appeal from Circuit Court, Talladega County; Hugh D. Merrill, Judge. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.

---

(82 South. 895)

PEOPLES v. STATE. (6 Div. 582.) (Court of Appeals of Alabama. May 20, 1919.) Appeal from Circuit Court, Marion County; C. P. Almon, Judge. George Peoples was convicted of a crime, and he appeals. Bill of exceptions stricken, and judgment affirmed. C. E. Mitchell, of Hamilton, for appellant. J. Q. Smith, Atty. Gen., and Horace Wilkinson, Asst. Atty. Gen.; for the State.

BROWN, P. J. This is the companion to the case of George Peoples v. State, 81 South. 692,[1] and on the authority of that case the bill of exceptions is stricken and the judgment of the trial court is affirmed. Bill of exceptions stricken. Affirmed.

---

(81 South. 894)

PHELPS v. STATE. (5 Div. 296.) (Court of Appeals of Alabama. March 18, 1919.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Frank M. De' Graffenreid, of Seale, for appellant. Emmett S. Thigpen, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed. See, also, 200 Ala. 699, 76 South. 997.

---

(82 South. 895)

PITTMAN et al. v. STATE. (5 Div. 307.) (Court of Appeals of Alabama. April 22, 1919.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

---

(81 South. 894)

PORTER v. PITTS. (7 Div. 564.) (Court of Appeals of Alabama. Jan. 21, 1919.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge. Knox, Acker, Dixon & Sterne, of Anniston, for appellee.

BROWN, P. J. Affirmed on certificate.

---

(81 South. 894)

POWE v. STATE. (1 Div. 327.) (Court of Appeals of Alabama. Feb. 11, 1919.) Appeal from Circuit Court, Mobile County; C. A. Grayson, Judge. Inge & Kilborn, of Mobile, for appellant. F. Loyd Tate, Atty. Gen., for the State.

BRICKEN, J. Appeal dismissed by appellant.

---

[1] Ante, p. 55.

(84 South. 926)

PULLMAN v. STATE. (6 Div. 604.) (Court of Appeals of Alabama. Dec. 16, 1919.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.

---

(84 South. 926)

RAY v. STATE. (6 Div. 590.) (Court of Appeals of Alabama. Dec. 16, 1919.) Appeal from Circuit Court, Jefferson County; F. Loyd Tate, Judge. Sam Ray was convicted of grand larceny, and he appeals. Affirmed. Roger W. Snyder, of Birmingham, for appellant. J. Q. Smith, Atty. Gen., and Lamar Fields, Asst. Atty. Gen., for the State.

BRICKEN, P. J. The defendant was indicted, tried, and convicted for the offense of grand larceny, and was duly sentenced to imprisonment in the penitentiary for a term of five years. This appeal is upon the record proper, without a bill of exceptions, and the clerk of the court under seal of office certifies that the time for filing a bill of exceptions has expired and that no bill of exceptions has been filed. The proceedings as shown by the record are regular in all respects, and no error appears. It follows that the judgment of the circuit court must be affirmed. Affirmed.

---

(84 South. 926)

ROBERTS v. STATE. (6 Div. 597.) (Court of Appeals of Alabama. Dec. 16, 1919.) Appeal from Circuit Court, Cullman County; O. Kyle, Judge. Cy Roberts was convicted of violation of the prohibition law, and appeals. Affirmed. The defendant was indicted and convicted by the court, acting without a jury, on an indictment charging violation of the prohibition law, and sentenced to a term at hard labor for the county of Cullman. Paine Denson, of Cullman, for appellant. J. Q. Smith, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

SAMFORD, J. There is no bill of exceptions in the record, and we find no error in the record itself. The judgment of the court is therefore affirmed. Affirmed.

---

(84 South. 927)

ROBERTSDALE STATE BANK v. LEWIS et al. (1 Div. 359.) (Court of Appeals of Alabama. April 13, 1920.) Appeal from Circuit Court, Baldwin County; A. E. Gamble, Judge. Henry Moorer, of Bay Minette, for appellee.

SAMFORD, J. Affirmed.